No. 1055. R. P. R. CONSTRUCTION Co. *v.* BUSHMAN CONSTRUCTION Co. C. A. 10th Cir. Certiorari denied. *Barkley L. Clanahan* for petitioner. *Jack H. Shepherd* for respondent.

No. 1061. MORAN *v.* BENCH ET AL. C. A. 1st Cir. Certiorari denied.

No. 1062. CLARK *v.* BIRD. C. A. 1st Cir. Certiorari denied. *Aram K. Berberian* for petitioner.

No. 1063. POWELL *v.* KATZENBACH, ATTORNEY GEN-ERAL, ET AL. C. A. D. C. Cir. Certiorari denied. *Diana Kearny Powell,* petitioner, *pro se. Solicitor General Marshall* for respondents.

No. 1064. RUNYON *v.* KENTUCKY. Ct. App. Ky. Certiorari denied. *Jean L. Auxier* for petitioner.

No. 1065. SMALLEY *v.* SOUTHERN RAILWAY Co. Ct. App. Ga. Certiorari denied. *Thomas J. Lewis, Jr.,* for petitioner. *Stanley L. Temko, Charles J. Bloch* and *John W. Maddox* for respondent.

No. 1073. DRIVERS, WAREHOUSE & DAIRY EMPLOYEES UNION, LOCAL NO 75, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD. Sup. Ct. Wis. Certiorari denied. *David Pre-viant* for petitioner. *Bronson C. La Follette,* Attorney General of Wisconsin, and *Beatrice Lampert,* Assistant Attorney General, for respondent.